**STATEMENT OF FACTS**

*The initial abduction*

On February 26, 2020, the Warren County Sheriff's Office in Front Royal, VA, received a report of an abduction of an individual named James Tyler Clater (herein, CW). Captain David Maxfield of the Sheriff's Office conducted an interview of Witness-1 (W-1). W-1 stated IT did not want to get anyone in trouble. IT only wanted to help get CW back. W-1 stated that a person known to W-1, introduced people in the area to a man called "OT," later identified Young Kyu O, aka, Young Kyu Oh.

W-1 stated there is a girl named Witness-2 (W-2) that lives in the town of Front Royal, VA and that W-2 had a safe at her house. The safe allegedly contained thousands of dollars in cash. A few days prior to February 26, 2020, W-2's house was robbed and the contents of the safe were stolen. W-1 believes that CW's cousin and the cousin's boyfriend stole the safe from W-2. Based on the investigation thus far, W-2 is believed to work for OT.

W-1 told police that OT was very upset regarding the stolen money. W-1 stated that OT took CW and is holding him hostage to force CW's cousin and the cousin's boyfriend to return the money. W-1 stated that it had last seen CW on the 25th at Martin's Shopping Center in Front Royal, Virginia. On that day, CW was with his girlfriend, W-3. W-1 stated that on that evening, W-1 texted briefly with W-3 and nothing seemed out of the ordinary.

On February 26, 2020, however, W-1 received a phone call from CW, where CW said that he was being held against his will because of missing money related to narcotics trafficking. CW stated he needed W-1's help and that he was in Washington, D.C. According to W-1, while on the phone with CW, OT got on the phone. OT confirmed that he was holding CW against his will in D.C. He also suggested that W-1 work for him in order to pay off the drug debt.

W-1 explained that OT was an Asian male. W-1 stated that OT was about 37 years old, average height (about 5'9"), is physically fit, has short, black hair, and that he looks like a business man. W-1 knows OT to be a drug dealer, but acts very professional during the course of illegal dealings. W-1 believes that OT is a member of the Triad, an organized crime organization. W-1 stated OT drove a black two-door BMW (possibly a BMW 420) with tinted windows.

W-1 provided law enforcement the phone numbers of CW and OT, which were subsequently used to ping their relative locations. Consistent with W-1's account, both telephones pinged in Washington, D.C. Both phones were pinged multiple times and they appeared to be located in Northwest, Washington, D.C.

Investigator Henry of Warren County was subsequently contacted by W-2, who believed that OT lived at 2420 14th Ave N.W, Washington, D.C. While there is no such avenue in Washington, D.C., there is a 2420 14th Street N.W., an apartment building within the vicinity of the location of the phones' pings. W-2 also provided a photo of OT's apartment door number, which was 420.

*2420 14th Street N.W.*

Based on the allegation of a kidnapping, law enforcement from Warren County, the FBI, and the Metropolitan Police Department began conducting surveillance of 2420 14th Street, N.W. in an attempt to find CW. Law enforcement ran the vehicle tags of several cars that matched the description provided by W-1 stopped in the vicinity of the apartment building. OT's phone pinged to the lobby of the apartment building. Inside of the lobby, law enforcement located and detained Young Kyu O also known as OT. Also standing with OT was another person, W-4.

W-4 was interviewed. W-4 advised that he was there to purchase marijuana from OT. W-4 stated that he did not know OT by that nickname (W-4 called him "Kevin"), and he had met OT through a girl named Danielle.

CW was also located in the lobby of the building. CW initially told law enforcement that he was fine and that he had not been kidnapped. He further stated that no one had hurt him. CW stated that he had been at the apartment for three or four days. Law enforcement continued to speak with CW in a more private setting, away from OT and W-4. Once in private, CW confirmed that he had been taken against his will from Front Royal, VA. He stated that he believed that W-1 and another person had set him up.

According to CW, when he was in Virginia on the day of the kidnapping, he was asked to get into a vehicle associated with W-1. He consented and got into the vehicle. He was eventually driven to a parking lot, where two males were waiting for him. One of those males was identified as a person named Danny. Danny told CW to get into a different car, driven by an Asian male. While CW did not initially identify the Asian male, later in his interview with law enforcement, he specifically stated that the Asian male was OT. Danny told CW that they needed to talk about the money from the safe. After Danny threatened to "kick the [CW's ass"], CW got into the car fearing for his safety.

After getting into the car, OT and Danny drove CW to Winchester, VA and then into Washington, D.C. CW explained that in Winchester, he was threatened while in the vehicle. Specifically, he was told that "they knew who his family was." CW was then driven into Washington, D.C. Once in Washington, D.C., in apartment # 420, CW smoked methamphetamine. According to CW, in the apartment, he observed an Uzi-type firearm and a pistol that looks like a

Glock. The Uzi-type firearm was in OT's room where OT slept. CW stated that inside of the apartment, there remained drug paraphernalia and possibly additional meth. CW explained that because Danny and OT knew about his family (as well as his kids), CW was in fear and worried about the safety of his family. This is why CW did not attempt to leave.

In addition to the CW's statements, law enforcement obtained a short video from W-2, believed to be taken by one of CW's captors and sent to CW's associates. The short video, which appears to be shot using a cell phone video camera, shows CW blindfolded and being held by another person wearing at least one glove. In the video, CW, while blindfolded, exclaims that he had "nothing to do with this shit." CW appears to be in distress. Finally, throughout the video, the unknown person points what appears to be a firearm at CW. Your affiant, in his training and experience, believes this video to represent a digital ransom note sent by OT and his associates to those trying to locate CW.

*The Search Warrant*

On February 27, 2020, law enforcement obtained judicial authorization to search Apartment 420, where CW was held against his will. During the search, law enforcement officers found a loaded 7.62 semi-automatic rifle, a loaded Glock semi-automatic firearm, and a loaded .380 semi-auto firearm. Additionally, law enforcement recovered suitcases filled with marijuana and methamphetamine. Finally, the 7.62 semi-automatic rifle appeared consistent with the firearm pointed at CW throughout the ransom video.

_____
SPECIAL AGENT JOSHUA SMITH-SHIMER
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF MARCH, 2020.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE