IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.        Case No.: 20cr57

YOUNG KYU O,

## MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL

  Comes now, the defendant, YOUNG KYU O, by and through counsel and moves this Honorable Court to substitute David Bos, Esq. of the Federal Public Defenders with the undersigned counsel, Robert L. Jenkins, Jr., Esq.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins
United States District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant YOUNG KYU O


SEEN AND AGREED:
_____
YOUNG KYU O
Defendant


SO ORDERED,

_____  _____
United States District Court Judge      Entered