IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                        Case No.: 20cr57

YOUNG KYU O,

**MOTION TO TERMINATE STATUS HEARING
AND SET MATTER FOR CHANGE OF PLEA HEARING**

Comes now, the defendant, YOUNG KYU O, by and through counsel and moves this Honorable Court to terminate the status hearing set for November 5, 2021 and set the above-styled matter for a change of plea hearing on either December 7, 9, or January 14, 2022.  In support of which counsel states the following:

1. This matter is currently set for a status hearing on November 5, 2021.
2. The parties have reached a agreement on a resolution of pending charges against the defendant.
3. It is the desire of both parties to have the November 5, 2021, status hearing terminating and a change of plea hearing set.
4. The parties are available on the morning of December 7, 9, or January 14, 2022, for a change of plea hearing.
5. A granting of the instant request would conserve judicial resources by alleviating the need for a status hearing on November 5, 2021 .
6. A continuance of the detention hearing would not prejudice the government.
7. The government consents to an order granting the instant request.

1

Wherefore, the defendant respectfully requests that this Honorable Court terminate the status hearing set for November 5, 2021, and set this matter for a change of plea hearing on the morning of either December 7, 9, or January 14, 2022.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins
United States District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant YOUNG KYU O

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served on all counsel of record via ECF the foregoing motion to continue detention hearing on this November 4, 2020.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins
United States District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant YOUNG KYU O

2